**United States District Court**
**Northern District of New York**

# JUDGMENT

**RAYMOND K. RUNIONS**
                         **Plaintiff**

           **VS.**                              **5:04-CV-1016 (VEB)**

**COMMISSIONER OF SOCIAL SECURITY, Joanne B. Barnhart**

                    **Defendant**

**[X]  Decision by Court.**       This action came to hearing before the Court.
                    The issues have been heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED


That Defendant's Motion for Judgment on the Pleadings is granted, Plaintiff's Motion
for Judgment on the Pleadings is denied, the # [1] Complaint is therefore dismissed.


All of the above pursuant to the Order of the Honorable Judge Victor E. Bianchini
dated the 21st day of October, 2007.



**OCTOBER 5, 2007**                         **LAWRENCE K. BAERMAN**

_____              _____
**DATE**                                      **CLERK OF COURT**

                                     **s/**

                                     _____

                                     **JOANNE BLESKOSKI**
                                     **DEPUTY CLERK**